UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS KUTTERER, | No. 2:23-cv-2970 KJN P |
| Plaintiff, | |
| v. | ORDER |
| FACILITY WELLPATH MEDICAL, et al., | |
| Defendants. | |

Plaintiff is a prisoner in the Solano County Jail. The court has not yet ordered service of plaintiff's complaint filed December 20, 2023. (ECF No. 1.) For the reasons stated herein, defendants Facility Wellpath Medical and Nigara are granted ten days to respond to the request for injunctive relief contained in claim two of plaintiff's complaint.

Named as defendants are Facility Wellpath Medical, Dr. Nigara, Dr. Wong and the Legal Mail Officer. Plaintiff names defendants Facility Wellpath Medical and Dr. Nigara in connection with claim two.[1] (Id. at 4.) Plaintiff alleges that he was involved in a fire accident which almost took his life. (Id. at 3.) In claim two, plaintiff alleges as follows:

---

[1] Defendant Facility Wellpath Medical appears to be a private company contracted with Solano County to provide medical care at the Solano County Jail. See Oliveira v. Solano County Sheriff's Custody Division, 2023 WL 2976246, at *2 (E.D. Cal. Apr. 17, 2023).

1

> I got placed in rubber room. I'm ADA inmate. They taken my wheelchair from me. Threw me on a nasty floor and my back of my leg where my skin graft tore open and it won't heal so I had to go to UC Davis for appointment and I waiting for surgery because it very bad cause my leg continuously bleed and it won't heal. The nurse here at the facility are not taking my leg seriously. Have gotten to the point where there is green [pus] continually drain from my leg cause it won't heal. The county fail to follow up with the problem. It continually get worse and worse. Please I need this look into badly.

(ECF No. 1 at 4.)

In claim two, plaintiff alleges that the area of his leg containing a skin graft tore open, continuously bleeds, has green pus in it and will not heal. Plaintiff's allegations suggest that he has an untreated infection in the area of his leg containing the skin graft.[2] Plaintiff seeks medical attention for his leg. The undersigned construes claim two to contain a request for injunctive relief.

The undersigned is concerned by the serious allegations made by plaintiff in claim two regarding his leg. The undersigned intends to address plaintiff's request for injunctive relief raised in claim two within fourteen days of the date of this order. Defendants Facility Wellpath Medical and Dr. Nigara have not been served and are not required to appear. If defendants wish to take any position with respect to plaintiff's request, they may do so within ten days of the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants may file a response to plaintiff's motion for injunctive relief within ten days of the date of this order;
2. The Clerk of the Court is directed to serve Solano County Counsel with this order and plaintiff's complaint at 675 Texas Street, Suite 6600, Fairfield, California, 94533;
3. The Clerk of the Court is directed to fax this order and plaintiff's complaint to Solano County Counsel at 707-784-6862; and

////

---

[2] In claim one, plaintiff alleges that he has been taking medication for four years to treat the depression and stress suffered as a result of the fire accident. (ECF No. 1 at 3.) It is unclear if plaintiff received the skin graft on his leg recently or at a time closer to the fire accident.

4. The Clerk of the Court is directed to serve this order and plaintiff's complaint on defendants Facility Wellpath Medical and Dr. Nigara at 500 Union Avenue, Fairfield, California, 94533.

Dated: January 4, 2024

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Kutt2970.ord