UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS KUTTERER, | No. 2:23-cv-2970 KJN P |
| Plaintiff, | |
| v. | ORDER |
| FACILITY WELLPATH MEDICAL, et al., | |
| Defendants. | |

Plaintiff is a county prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. In the complaint, plaintiff alleges that defendants failed to treat a wound in his leg that continuously bleeds, has green pus in it and will not heal.

On January 4, 2024, the undersigned construed plaintiff's complaint to contain a request for injunctive relief. The undersigned granted defendants ten days to respond to plaintiff's request for medical care for his leg wound, observing that defendants had not been served and were not required to appear.

Ten days passed from January 4, 2024, and defendants did not respond to the January 4, 2024 order.

////

////

1

Accordingly, IT IS HEREBY ORDERED that within **five** days of the date of this order, plaintiff shall file a status report addressing whether he has received treatment for the leg injury described in his complaint.

Dated: January 22, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Kutt2970.fb

2