Marcus Kutterer.
Name and Prisoner/Booking Number

300 union ave
Place of Confinement

300 union ave
Mailing Address

Fairfield. California 94553
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

JAN 2 2 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Marcus Kutterer.
(Full Name of Plaintiff)         Plaintiff,

v.

(1) Wellpath medical. & Dr wong
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:23-CV-2970-KJh
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION              Juay trial demanded

1.   This Court has jurisdiction over this action pursuant to:
     ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
     ☐ Other: _____.

2.   Institution/city where violation occurred: Solano County Jail _____.

Revised 3/15/2016                                  1

## B. DEFENDANTS

1.  Name of first Defendant: _Solano County_. The first Defendant is employed as:
    _Solano County Staf_ at _Solano County Jail_.
    (Position and Title)                              (Institution)

2.  Name of second Defendant: _Wellpath medica._ The second Defendant is employed as:
    _medical Care._ at _Solano County Jail._
    (Position and Title)                              (Institution)

3.  Name of third Defendant: _DR. woog_. The third Defendant is employed as:
    _Mental Health Dr._ at _Solano County_.
    (Position and Title)                              (Institution)

4.  Name of fourth Defendant: _Legal Offic Mrs.Rison_. The fourth Defendant is employed as:
    _Legal officer._ at _Solano County Jail._
    (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2.  If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

    a. First prior lawsuit:
       1. Parties: _Kimberly J muell_ v. _Solano County_
       2. Court and case number: _2:23._
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    b. Second prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    c. Third prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: _Im Disable inmate._
    _mental Health. issue._

2.  **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☒ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _Im disable pretrial detaine in Solano County Justice Center._
    _I was in Staton Correctional. facility I was thrown on the_
    _ground. out of my wheelchair into dirty safty cell waiting for bed_
    _to come available. in the medical. unit and my leg skin graft torn_
    _without eating drinking medication. bleeding all over. the place dragging_
    _my leg all over the place. the know my leg is allmost amputated_
    _I cont even walk and they know I suffer from mental Health illness_
    _I was on meds in Staton list for biopolar diagnosis wellpath medical_
    _Health policy process discrimination against my disability they disregarded_
    _my safty Bladtley_

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _from stress drepprecsion torn skin graft_

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
    c.  Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: __medical Care.__

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☒ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    Im disable inmate I have been in custody Since march.29-83 Been in wheelchair from fire Burning my leg the facility at Staton Dr purcel proscrible me Medication from stress on august 6.22 I was release from safty cell I was house in medical unit I was abruty cut off all my Mental Health medication By Dr. wong Stating Stating He didnt like to give these medication I only spoke with him for 5 minutes. via laptop state that he Know your mental health need he know sationine regarding the mental anguish- of losing A limb Ive complained via grievance. of Side effects, proscribe Some weird medication that make you evow breast my large laceration on the back of my leg wont Heal due to deep emotinal stress I suffer from deep emotinal stress I suffer from Serious metal illness and I cant Sleep properly I cant eat properly I cant think properly So body cant heal properly traumatized Solano Has policy that is in Handbook that states phschobejict has athourity

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    Stress cant eat leg wont Heal.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim II? ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level? ☒ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1.   State the constitutional or other federal civil right that was violated: ___NDA___

2.   **Claim III.** Identify the issue involved. **Check only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On aug 1·23 I was safty cell out of Solano County Justice Center Classication (fisher) I was laying on the ground Bleeding, with large laceration dehydrated with out food my wheelchair without my wheelchair, tramatized humilated stuck deaggin myself to and from a hole in the floor called restroom I was without my mental health medication for 2 week I have absulutely no memory of what was stated I was still under shock and trauma over the incident and without medication after being release from safety cell once a bed was opened up in medical unit for me to be place mental Health observation I requested eegrivance regarding the incident I was told Solano County Jail policy 3 days Had passed To late t gvive the incident

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
My Mental Hcalth Stress greenpwes drain from
Jeg

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b.   Did you submit a request for administrative relief on Claim III?   ☒ Yes  ☐ No
   c.   Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes  ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

that the County well path git investigated for not
Having to take my situation better Making my ada
very Harder then it was

Requesting compensation of 2,500,600 and Jury trial

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/15/·84__

DATE

__Marcus H___

SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.