UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS KUTTERER,<br><br>        Plaintiff,<br><br>   v.<br><br>FACILITY WELLPATH MEDICAL, et al.,<br><br>        Defendants. | No. 2:23-cv-2970-TLN-KJN<br><br><br>**ORDER** |

Plaintiff, a county prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 06, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff did not file objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

1 | Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 12) are ADOPTED IN FULL;

    2. Plaintiff's request for injunctive relief, made in Plaintiff's original Complaint (ECF No. 1) and his First Amended Complaint (ECF No. 8, is DENIED; and

    3. This matter is referred back to the magistrate judge for further pre-trial proceedings.

Date: March 1, 2024

Troy L. Nunley
United States District Judge