1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARCUS KUTTERER,                           No.  2:23-cv-2970 TLN KJN P

12              Plaintiff,

13        v.                                    FINDINGS & RECOMMENDATIONS

14   FACILITY WELLPATH MEDICAL, et
     al.,

15
                Defendants.
16

17

18        By order filed February 6, 2024, plaintiff's amended complaint was dismissed and thirty

19   days leave to file a second amended complaint was granted.  Thirty days from that date have now

20   passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the

21   court's order.

22        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   with the court and serve a copy on all parties.  Such a document should be captioned

28   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

                                                 1

1  failure to file objections within the specified time may waive the right to appeal the District

2  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3  Dated:  March 12, 2024

4  _____
   CAROLYN K. DELANEY
5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10  Kutt2970.fta

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28