1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MARCUS KUTTERER,                          No.  2:23-cv-2970-TLN-CSK

11               Plaintiff,

12          v.                                  **ORDER**

13   FACILITY WELLPATH MEDICAL et al.,

14               Defendants.

15

16          Plaintiff, a county prisoner proceeding pro se, filed this civil rights action seeking relief

17   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

18   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On March 13, 2024, the magistrate judge filed findings and recommendations herein

20   which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the

21   findings and recommendations were to be filed within fourteen days.  (ECF No. 14.)  The time to

22   file objections has passed, and Plaintiff did not file any objections.

23          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

24   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

25   *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

26   magistrate judge are reviewed de novo by both the district court and [the appellate] court ….").

27   Having reviewed the file, the Court finds the findings and recommendations to be supported by

28   the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on March 13, 2024 (ECF No. 14), are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice; and

3. The Clerk of Court is directed to close this case.

Date: May 1, 2024

Troy L. Nunley
United States District Judge

2